Uber, Appellant, *v.* Wagner.
Huston, Appellant, *v.* Wagner.

Argued June 13, 1969. *George W. Gekas,* with him *Melman, Gekas and Nicholas,* for appellants; *G. Thomas Miller,* with him *David E. Lehman,* and *McNees, Wallace & Nurick,* for appellee.

Judgments and orders affirmed.

SPAULDING, J., absent.